UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR SUMERLIN, III,

    Petitioner,                             CASE NO. 2:09-CV-10459
                                             HONORABLE GEORGE CARAM STEEH
v.                                             UNITED STATES DISTRICT JUDGE

BLAINE LAFLER,

    Respondent.
_____/

## **JUDGMENT**

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered this date,

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT

                                                         BY: s/Josephine Chaffee
                                                             DEPUTY COURT CLERK

Dated: June 6, 2011